JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE G. PLITT, an individual<br><br>      Plaintiff,<br><br>  v.<br><br>FORCE FACTOR, LLC, a Delaware limited liability company; HUNGRY FISH MEDIA, LLC, a Delaware limited liability company; and DOES 1 through 35, inclusive,<br><br>      Defendants. | CASE NO. CV10-4508-RSW (RCx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES** |

  Pursuant to the stipulation entered into by and between Plaintiff George G. Plitt ("Plaintiff"), on the one hand, and Defendants Force Factor, LLC, and Hungry Fish Media, LLC (collectively "Defendants"), on the other hand, (collectively, the "Parties"), which stipulation was filed by the Parties on August 11, 2010,

  IT IS HEREBY ORDERED that the entire above-captioned action, including each and every claim made against Defendants, is DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: August 12, 2010    By: /s/ RONALD S.W. LEW
                  Sr, U.S. District Court Judge